UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VANESSA SPARKS, et al.,
    Plaintiffs,

vs.

CITY OF CINCINNATI,
    Defendant.

Case No. 1:14-cv-612
Dlott, J.
Litkovitz, M.J.

**ORDER**

This action is before the Court on plaintiff Vanessa Sparks' application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 1). It appears from Ms. Sparks' affidavit that she lacks the funds to pay the costs or give security for such costs. The Court therefore **GRANTS** the motion and hereby authorizes commencement of this action without prepayment of fees or costs.

It is **ORDERED** that the United States Marshal serve a copy of the complaint, summons, and this order granting leave to proceed *in forma pauperis* upon defendant as directed by plaintiff. All costs of service shall be advanced by the United States.

**IT IS SO ORDERED.**

7/28/14
Date

Karen L. Litkovitz
United States Magistrate Judge