# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

VANESSA SPARKS, et al.,            Case No. 1:14-cv-612
     Plaintiffs,                           Dlott, J.
                                         Litkovitz, M.J.
     vs.

CITY OF CINCINNATI,                     **ORDER**
     Defendant.

This matter is before the Court following a telephone status conference with the undersigned magistrate judge on plaintiffs' motion for temporary restraining order. (Doc. 4).

By agreement of the parties and with the consent of the Court, the hearing on the motion for temporary restraining order set for Friday, August 1, 2014 is hereby **VACATED**. The parties agree that the recent actions taken by the City have mooted the need for a temporary restraining order. Accordingly, plaintiffs' motion for temporary restraining order (Doc. 4) is denied as moot.

In the event the City intends to replace the barricades previously in place on West McMicken Avenue, Cincinnati, Ohio during the pendency of this lawsuit, counsel for the defendant has agreed to promptly notify counsel for the plaintiffs and the Court.

     **IT IS SO ORDERED**.


Date: 7/31/2014                                                        s/Karen L. Litkovitz
                                                                 Karen L. Litkovitz
                                                                 United States Magistrate Judge