IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vanessa Sparks, et al,

    Plaintiff(s),

vs.

City of Cincinnati,

    Defendant(s).

Case Number: 1:14cv612

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 7, 2017 (Doc. 48), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 21, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff Sparks' motion to reopen this action and enforce the settlement agreement (Doc. 43) is DENIED.

IT IS SO ORDERED.

          ___s/Susan J. Dlott_____
          Judge Susan J. Dlott
          United States District Court